1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

**FILED**

**Mar 18, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDAN LOZADA,<br><br>Defendant. | Case No.  5:24-cr-00002-CDB<br><br>[Underlying Case No.: 5:23-po-00321-CDB]<br>[Citation E1062502 CA/26]<br><br>VIOLATION: 43 C.F.R. § 8365.1-4(b)(2): Possession of Controlled Substance<br><br>[Class A Misdemeanor] |
|---|---|

### S U P E R S E D I N G   I N F O R M A T I O N

COUNT ONE:   43 C.F.R. § 8365.1-4(b)(2) – Possession of Controlled Substance
             [Class A Misdemeanor]

The United States Attorney charges:  THAT

BRANDAN LOZADA

Defendant herein, on or about August 13, 2023, in public lands administered by the Bureau of Land

Management, in the Special Maritime and Territorial Jurisdiction of the United States, in the State and

/ / /

/ / /

/ / /

Eastern District of California, possessed a controlled substance, in violation of 43 Code of Federal Regulations § 8365.1-4(b)(2).

DATED: March 14, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

*CHC*
AUSA INITIALS

# PENALTY SLIP

**DEFENDANT:**   BRANDAN LOZADA

**COUNT ONE:**

    VIOLATION:   43 C.F.R. § 8365.1-4(b)(2) - Possession of Controlled Substance on Public Lands
  [**Class A Misdemeanor**]

    PENALTY:
- (a) Imprisonment
  Maximum: One (1) year
- (b) Fine.
  Maximum: One-Hundred Thousand Dollars ($100,000)
- (c) Both Fine and Imprisonment.
- (d) Penalty Assessment.
  Mandatory: Twenty-Five Dollars ($25)

**FORFEITURE ALLEGATION:**   N/A

1